UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI REISMAN,<br><br>   Plaintiff,<br><br>v.<br><br>GEN DIGITAL INC.,<br><br>   Defendant, | CASE NO.: 2:25-CV-01316-BRM-SDA<br><br>**STIPULATION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA PURSUANT TO 28 U.S.C § 1404(a); [PROPOSED] ORDER** |

  Plaintiff Eli Reisman ("Plaintiff") and Defendant Gen Digital Inc. ("Gen"), by and through their respective counsel, jointly submit the following Stipulation to transfer venue of this action to the United States District Court, District of Arizona, and [Proposed] Order.

### Stipulation

  WHEREAS, on February 18, 2025, Plaintiff filed a putative class action complaint against Gen for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

  WHEREAS, on April 14, 2025, Gen filed correspondence with the Court, pursuant to the Court's preferences, requesting a pre-motion conference on a motion Gen intended to file: (1) to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(2); or, (2) to transfer this matter to the United States District Court for the District of Arizona.

  WHEREAS, following Gen's aforementioned filing, the parties met and conferred in good faith, and have agreed to request that the Court transfer this case to the United States District Court, District of Arizona.

1

In light of the foregoing, the parties STIPULATE that this case shall be transferred to the United States District Court, District of Arizona, and request that the Court order this transfer of venue.

DATED:  April 28, 2025                              **KNUCKLES & MANFRO LLP**


By: _/s/ John E. Brigandi_____
JOHN E. BRIGANDI
600 East Crescent Avenue, Suite 201
Upper Saddle River, NJ 07458
(201) 391-0370
jeb@km-llp.com
Attorneys for Defendant Gen Digital Inc.


DATED:  April 28, 2025                              **THE WEITZ FIRM, LLC**


By: _/s/ Max S. Morgan_____
MAX S. MORGAN
1515 Market Street #1100
Philadelphia, PA 19101
(267) 587-6240
max.morgan@theweitzfirm.com

Counsel for Plaintiff Eli Reisman

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI REISMAN, <br><br> Plaintiff, <br><br> v. <br><br> GEN DIGITAL INC., <br><br> Defendant, | CASE NO.: 2:25-CV-01316-BRM-SDA |

## [PROPOSED] ORDER

THIS MATTER comes before the Court on the Stipulation to Transfer Venue to the United States District Court for the District of Arizona.

Pursuant to 28 U.S.C. § 1404(a), in the interest of justice, IT IS HEREBY ORDERED that the Joint Stipulation is APPROVED. The Clerk is directed to transfer this case to the United States District Court for the District of Arizona. No further proceedings shall be had in this Court.

IT IS FURTHER ORDERED that Defendant Gen Digital Inc. shall respond to Plaintiff's Complaint by no later than fourteen (14) days after the clerk of the United States District Court for the District of Arizona gives notice that the case has been received and a new case number has been assigned.

SO ORDERED:

*/s/Brian R. Martinotti*
JUDGE, U.S. District Court
District of New Jersey